UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

3902 N. 34th St., Tacoma, WA ,

    Defendant.

  v.

SHARON KUKHAHN,

    Interested Party.

Case No. MS06-5026FDB

ORDER DENYING PENDING MOTIONS AND DISMISSING CAUSE OF ACTION

This cause of action was opened upon Interested Party Kukhahn's filing two motions:

(1) Motion To Claim and Exercise Constitutionally Protected Rights and Require the Presiding Judge Honorable Karen L. Strombaum To Rule Upon this Motion and All Attending Officers of the Court To Uphold Said Rights and To Hold Moving Party Harmless by Officers Crimes Against The Interests of Moving Party;

(2) Motion To Demand That The U.S. District Court Western District Court of Washington Read All Pleadings Moving Party Files with The Court, and that the U.S. District Court Western District of Washington Adhere Only To Constitutionally Compliant Law and Case Law, and More Particularly, The Bill of Rights, in Its Rulings.

ORDER - 1

This matter is apparently related to C06- mj-5213KLS wherein search warrants were issued on October 16, 2006, returned executed on October 19, 2006, and subsequently closed.

The Government has responded referring to the above-mentioned warrants, and further stating that since Kukhahn has identified no issue, it does not plan to respond to the motions.

Kukhahn's "motions" merely outline basic constitutional issues and ask that the Court acknowledge and follow Constitutional jurisprudence. Kukhahn's motions are out of order, as there is no pending action before the Court and no motion is required for the Court to abide Constitutional law. ACCORDINGLY,

IT IS ORDERED: Sharon Kukhahn's pending motions To Claim and Exercise Constitutionally Protected Rights, etc. [Dkt. # 1] and To Demand that the U.S. District Court Read All Pleadings, etc. [Dkt. # 4] are DENIED and this cause of action is DISMISSED.

DATED this 8th day of December, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2